# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL CASE NO. 3:12cv649

| | |
|---|---|
| **LEONARD FRYE,** | )<br>) |
| Plaintiff, | )<br>) |
| vs. | ) **ORDER OF REMAND** |
| | ) |
| **CAROLYN W. COLVIN,**<br>**Acting Commissioner of Social Security,** | )<br>)<br>) |
| Defendant. | )<br>) |

**THIS MATTER** is before the Court on the Defendant's motion pursuant to sentence four of 42 U.S.C. § 405(g) to remand this cause for a new hearing and decision. (Doc. No. 14).

Sentence four of 42 U.S.C. § 405(g) provides in pertinent part, "[t]he court shall have the power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." The Defendant requests that the Court vacate her decision and remand for further administrative proceedings. The Plaintiff consents to the Defendant's motion.

Based on the representations of the parties, the Court finds that remand is appropriate. Melkonyan v. Sullivan, 501 U.S. 89, 111 S.Ct. 2157, 115 L.Ed.2d 78 (1991).

**IT IS, THEREFORE, ORDERED** that Defendant's motion to vacate and remand pursuant to sentence four of 42 U.S.C. § 405(g) [Doc. 14] is hereby **GRANTED.**

**IT IS FURTHER ORDERED** that the decision of the Commissioner of Social Security is hereby **VACATED** and the case is **REMANDED.**

**IT IS FURTHER ORDERED** that upon remand the Appeals Council will direct the administrative law judge ("ALJ") to re-evaluate the Plaintiff's maximum residual functional capacity, and, if necessary, obtain medical opinion evidence on the Plaintiff's functional limitations.  If warranted by the expanded record, the ALJ will also obtain supplemental vocational expert evidence to evaluate whether the Plaintiff is able to perform other jobs existing in significant numbers in the national economy.

A Judgment of Remand is entered simultaneously herewith.  The Clerk of Court is notified that this is a final judgment closing the case, and all pending motions should be terminated as moot.

**IT IS SO ORDERED.**

Signed: May 21, 2013

Frank D. Whitney
United States District Judge